458 A.2d 264

Commonwealth v. Ljungman, Appellant.

Submitted January 25, 1983. Nils H. Ljungman, appellant, in propria persona; Merril W. Kerlin, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Appeals quashed.

458 A.2d 265

Commonwealth v. Majors, Appellant.

Submitted September 9, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.